**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/13/17 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  KEVIN J. WHALEN<br>LYLA K. WHALEN<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>KEVIN J. WHALEN<br>LYLA K. WHALEN<br><br>      Respondents | Case No.12-21755GLT<br><br>Chapter 13<br><br>Related to Docket No. 85 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 13th Day of January, 2017 _, it is hereby ORDERED, ADJUDGED, and DECREED that,

Enterprise Products Company
Attn: Payroll Manager
1100 Louisiana St
Houston, TX 77092

is hereby ordered to immediately terminate the attachment of the wages of KEVIN J. WHALEN, social security number XXX-XX-2181. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KEVIN J. WHALEN.

FURTHER ORDERED:

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
drb
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 12-21755-GLT
Kevin J. Whalen                                                             Chapter 13
Lyla K. Whalen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1           Date Rcvd: Jan 13, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb         +Kevin J. Whalen,   Lyla K. Whalen,   115 East Chestnut Street,   Blairsville, PA 15717-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    J.P. MORGAN CHASE, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Defendant    Wells Fargo Financial Pennsylvania, Inc.
               bsolomon@tuckerlaw.com,   dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Financial Pennsylvania, Inc.
               bsolomon@tuckerlaw.com,   dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Kevin J. Whalen jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Lyla K. Whalen jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Kevin J. Whalen jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 12