UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 12-21755-GLT |
| <u>Kevin J. Whalen and Lyla K. Whalen.</u> | : | |
| Debtors | : | Document No. 88 |
| | : | |
| | : | Chapter 13 |

<u>Certification as to Discharge Eligibility</u>

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On, August 1, 2012, at docket numbers 28 and 29, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Date: <u>February  1, 2017</u>

Respectfully submitted,
/s/Jeffrey S. Golembiewski
Jeffrey S. Golembiewski (PA 64373)
225 South Maple Avenue, Suite A
Greensburg, PA 15601
(724) 832-0200
Attorney for Debtors/Movants