IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/21/17 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   KEVIN J. WHALEN
   LYLA K. WHALEN
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:12-21755

Chapter 13

Related to Dkt. No. 90

## ORDER OF COURT

AND NOW, this __21st__ day of __April__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: __Ronda J. Winnecour, Esq.__

**DEFAULT ENTRY**

Dated: April 21, 2017

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kevin J. Whalen
Lyla K. Whalen
    Debtors

Case No. 12-21755-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2     Date Rcvd: Apr 21, 2017
                   Form ID: pdf900    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
```
db              +Kevin J. Whalen,    115 East Chestnut Street,    Blairsville, PA 15717-1214
jdb             +Lyla K. Whalen,    115 East Chestnut Street,    Blairsville, PA 15717-1214
cr              +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                  Pittsburgh, PA 15212-5860
cr              +JPMORGAN CHASE BANK, N.A.,    10790 Racho Bernardo Road,    San Diego, CA 92127-5705
cr              +Wells Fargo Financial Pennsylvania, Inc.,    c/o Brett A. Solomon, Esquire,
                  Tucker Arensberg, P.C.,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr              +Wells Fargo Financial Pennsylvania, Inc.,    435 Ford Road, Suite 300,
                  St. Louis Park, MN 55426-4938
13345925       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
13440868        +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13345926        +Bank of America, N.A.,    1750 Regal Row, Suite N,    Dallas, TX 75235-2289
13345927        +Chase Manhattan Mortgage,    Attention: Bankruptcy Department,    P.O. Box 24696,
                  Columbus, OH 43224-0696
13375396        +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5860
13440195        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7126,
                  Columbus, OH 43219-6009
13345928        +Penn Township, County and Township Tax,    Lawrence M. Wojcik, Jr.,    P.O. Box 456,
                  Harrison City, PA 15636-0456
13345929         Phelan Hallinan & Schmieg, LLP,    1617 JKF Boulevard, Suite 1400,    Philadelphia, PA 19103
13355298         Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13345931        +Wells Fargo Financial Cards,    P.O. Box 5943,    Sioux Falls, SD 57117-5943
13381996         Wells Fargo Financial Pennslyvania Inc.,    Bankruptcy Department,    13675 Technology Drive,
                  Bldg. C, 2nd Floor,    Eden Prairie, MN 55344-2252
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2017 01:19:42
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13558238         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2017 01:14:14
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                                TOTAL: 2
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               BANK OF AMERICA, N.A.
cr               J.P. MORGAN CHASE, N.A.
13373938*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                  Wilmington, DE 19886-5102)
13375397*       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5860
13345930       ##+Wells Fargo Financial,    P.O. Box 7648,    Boise, ID 83707-1648
                                                                                   TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                Signature: _/s/Joseph Speetjens_

```
District/off: 0315-2          User: gamr                 Page 2 of 2              Date Rcvd: Apr 21, 2017
                              Form ID: pdf900            Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    J.P. MORGAN CHASE, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Financial Pennsylvania, Inc.
               bsolomon@tuckerlaw.com,   dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Defendant    Wells Fargo Financial Pennsylvania, Inc.
               bsolomon@tuckerlaw.com,   dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Kevin J. Whalen jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Lyla K. Whalen jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Kevin J. Whalen jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```